The decision below is signed as a decision of

the court.

Signed: June 18, 2007.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| GREATER SOUTHEAST COMMUNITY ) | Case No. 02-02250 |
| HOSPITAL CORP. I, *et al.*, ) | (Chapter 11) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____ ) | |
| ) | |
| SAM J. ALBERTS, TRUSTEE FOR ) | |
| THE DCHC LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding No. |
| v. ) | 04-10459 |
| ) | |
| PAUL TUFT, *et al.*, ) | **Not for Publication in** |
| ) | **West's Bankruptcy Reporter.** |
| Defendants. ) | |

MEMORANDUM DECISION REGARDING ENTERING FINAL JUDGMENT
<u>DISMISSING CLAIMS AGAINST EPSTEIN BECKER & GREEN, P.C.</u>

On May 2, 2007, the court entered an order granting summary judgment to the defendant Epstein Becker & Green, P.C. (the "summary judgment order") in which the court dismissed all remaining portions of all remaining counts against the defendant Epstein Becker and Green, P.C. ("EBG") in the second amended complaint, and entered judgment in favor of the EBG. The summary

judgment order noted that it was not a final appealable judgment and that a party could file a motion under rule 54(b) to enter a final appealable judgment as to EBG.  On May 10, 2007 the plaintiff filed a motion to vacate the summary judgment order and to establish a new briefing and discovery schedule.  On May 25, 2007, the court held a hearing on the motion to vacate.  Upon the conclusion of the hearing, the court rendered an oral decision denying the motion to vacate in all respects.  Pursuant to that decision, an order denying the motion to vacate was entered on June 4, 2007.

    EBG has filed a motion for entry of a final appealable judgment under rule 54(b).  The motion is unopposed, and after evaluating the relevant factors under rule 54(b), the court has determined that there is no just reason for delay in entering a final appealable judgment in favor of EBG.  The plaintiff and the other law firm defendant, Kutak Rock LLP, have filed a stipulation of dismissal of the adversary proceeding against Kutak Rock LLP.  The plaintiff has also indicated that the claims in this adversary proceeding against the remaining defendants, certain directors and officers, have been settled with the settlement papers being drafted.  In any event, any appeal of the summary judgment order would appear to involve issues different from the issues relating to the defendant directors and officers.  There is no evidence that any factors (such as judicial

administrative interest and concern about piecemeal appeals) are present that would weigh against entry of a final appealable judgment for EBG.  Accordingly, the Court expressly directs that the clerk to enter a final judgment as to EBG.  That judgment follows.

                                        [Signed and dated above.]

Copies to: All counsel of record.